3-20-15

9,710-50

Staff Attorney Office
Texas Court of Criminal Appeals
P.O. Box 12308, Capitol Station

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 25 2015
Abel Acosta, Clerk

Austin, Texas 78711

Inre: Jerry Lee Walls, Cause No's.
982718 and 1232870

APPLICATION FOR Writ
of MANDAMUS

Dear Staff Attorneys:

On September 14, 2009, I was charged and arrested by Houston Police Department detective with three offenses in a single indictment. There was no arraignment in the said indictment, Cause no. 1232870.

On July 9, 2010, I was convicted in the absence of required Jury Trial

-1-

page-2

Waiver, in Cause no. 1232870 after negotiating with Harris County Prosecuter, Bailey who assured me that a copy of the Plea Bargain Agreement HAD TO BE FILED IN CAUSE No. 1232870;

Ms. BAILEY, the prosecuting attorney assured and told me, that the terms of the said Plea Bargain Agreement in Cause no. 1232870, was that, I, Jerry Lee Walls, would be appointed an Interpreter to advise me of my rights, and the terms of the Plea Bargain Agreement, which Prosecutor, Bailey, charged me with Unauthorized Use of a motor Vehicle, one enhancement allegation. Prosecutor, Bailey, and Judge, Randy Roll, both agreed that Aggravated Robbery based upon the Security Tape SHOWING that the alleged complainant, in Cause No. 1232870, DID GIVE THE KEYS TO the alleged stolen vehicle, to the alleged suspect, before he entered the restroom to TAKE A PISS. Prosecutor, Bailey and Judge, Randy Roll, of the 179th District Court of Harris County Texas.

-2-

each agreed that aggravated Robbery COULD NOT run concurrently WITH Terry Lee Walls' NON AGGRAVATED OFFENSE AND SENTENCE IN CAUSE NO-982718, because an aggravated offense and sentence, COULD NOT RUN CONCURRENTLY WITH Walls' 25-years sentence in cause No. 982718, and thus, it was agreed between the said Prosecutor and Judge, that Walls was being charged with UUMV, repeat offender, and the sentence would be 15-years TO RUN CONCURRENTLY WITH Walls' 25-years sentence in Cause No. 1232870 [See: Information in the said Judgment, there see the TDCJ Classification Supervisor's AFFIDAVIT and Documents filed in Cause No. 1232870-C] The said prosecutor and Judge, AGREED, that I would serving the 25-years sentence in Cause No. 1232870 and 982718, and that I would receive the same TDCJ number, 1247358.

I, Terry Lee Walls, was Transported to the TDCJ Byrd Unit, in Huntsville, Texas, on August 31, 2010, and I was given TDCJ# 1247358, and thus, I

- 3 -

am not in the TDCJ for Aggravated Robbery, but Possession of a Controlled Substance, and I should have been under Parole Review since 8/31/10, and I should have been issued a Mandatory Supervision Release Date, and Released under TDCJ# 1247359, but has NOT BEEN.

I filed my writs in cause no. 1232870-C, and I raised before and with this court, "Breach of Agreement", Ineffective Assistance of Counsel, No Jury Trial Waiver - no Jury Trial, No Representation By An Attorney APPOINTED BY THE 179th District Court of Harris County, Texas, and I OBJECTED TO THE COURT'S DISMISSING MY Post-conviction writ in Cause No. 1232870-C, especially after this court acknowledged that Harris County Prosecutor, and the Harris County District Clerk had not complied with ANY OF ITS' ORDERS.

-4-

The TDCJ, in TDCJ# 1247358, has not accredited me with good time from June 2004, as agreed and ORDERED in the judgment of Cause No. 1232870.

Cause No. 1232870, according to the documents on file in Cause No. 1232870 DOES NOT SHOW OR MAKE THE SAID 25-years sentence aggravated, and according to documents in Cause No. 1232870-C, Walls' 15-years sentence was started 9-14-09, not 6/04, AS AGREED, and As Ordered, and contained in the Judg-ment, ON FILE in Cause No. 1232870.

The TDCJ, NOR the Texas Parole Board, has provided Walls Parole Reviews nor release, and thus, Mandamus Application is required.

Respectfully submitted

Terry Lee Walls #1247358

Terry Lee Walls #1247358
3060 FM 3514
Beaumont, Texas 77705